GERTRUDE L. CALKINS, Appellant, v. GRACE M. BLAKE, Impleaded Herein in Place and Stead of ÆTNA LIFE INSURANCE COMPANY, Respondent.— Order denying plaintiff's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of OSHER MORGENSTERN, Appellant, for a Certiorari Order against THE STATE LIQUOR AUTHORITY, Respondent.— Order denying petitioner's motion for an order of certiorari to review the revocation of his retail liquor license by the State Liquor Authority, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

SEARS ROEBUCK AND Co., Appellant, v. 9 AVENUE–31 STREET CORPORATION and MAX N. NATANSON, Respondents.—The action was brought to recover from both defendants the sum of $136,625.88. The complaint sets forth two causes of action. The first is against the corporate defendant alone, and is predicated upon the breach of the terms of a written lease entered into between the plaintiff as tenant and the corporate defendant as landlord. The second cause of action is brought on a bond given by the corporate defendant, as principal, and the defendant Max N. Natanson, as surety, to secure the plaintiff against a breach of the terms of the lease by the corporate defendant from January 15, 1931, to December 31, 1931, during which period of time the rent was prepaid by the plaintiff. The court directed a verdict in favor of plaintiff for $10,415.27, with interest in the sum of $3,054.24, making a total of $13,469.51, against the defendants, and also directed a verdict in favor of the corporate defendant upon its counterclaim, and against plaintiff, in the sum of $12,980, with interest in the sum of $3,986.42, making a total of $16,966.42. Judgment was entered in favor of the corporate defendant, and against plaintiff, for the difference between the verdicts directed, plus costs, which amounted in all to $3,624.01, after trial at Trial Term, a jury having been waived. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Townley and Cohn, JJ. [158 Misc. 689.]

JOSEPH RIZZO, Respondent, v. MICHAEL PETIX and FILOMENA PETIX, Appellants, Impleaded with Others.— Order, so far as appealed from, denying motion of defendants-appellants to dismiss the second amended complaint, and for other relief, unanimously reversed, with twenty dollars costs and disbursements, the motion to dismiss the second amended complaint denied, and the motion to strike out portions of the said complaint as immaterial and irrelevant granted to the extent of striking out the parts objected to by the appellant in paragraphs 1, 3, 4, 12, 13 and 14 of said complaint. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

JACOB GOLDSTEIN, Appellant, v. THE TRAVELERS INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent.—Action to recover disability benefits provided for in two policies of insurance issued by defendant to plaintiff. Judgment entered on a verdict in favor of defendant after trial at Trial Term, and order denying plaintiff's motion for a new trial, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.